## Strong v. Meacham.

Action on a note, dated the 22d October 1790, for £20, payable in brandy, ironware, etc. in a reasonable time. Damage demanded was £30.

The case was appealed by the defendant, and a demurrer closed upon long special pleadings, which being read, a question was made by some of the judges, whether the cause was appealable; the note being for £20 only, which was the only matter in dispute.

The plaintiff moved for liberty to plead in abatement of the appeal; but not allowed, the rules for pleading in abatement being out. The court dismissed the appeal *ex-officio*, but allowed no cost.